No response

COPY

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

Kingvision Pay-Per-View, Ltd.
Plaintiff(s)

v.

[redacted] C.A. No. 05 085 ML

Isaias L. Terrero, et al
Defendant(s)

FILED FEB 23 2005 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

MOTION FOR ENTRY OF APPEARANCE
**PRO HAC VICE**

Plaintiff/defendant / Kingvision Pay-Per-View, Ltd. hereby moves that / Julie Cohen Lonstein be admitted pro hac vice in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

- The case involves the following complex area of the law, in which pro hac vice counsel specializes: Cable and Satellite Law 47 USC §553,605, et seq.
- Pro hac vice counsel's long-standing representation of the client:__________.
- The local trial bar lacks experience in the field of:__________.
- The case involves complex legal questions under the law of a foreign jurisdiction with which pro hac vice counsel is familiar, specifically: __________.
- The case requires extensive discovery in a foreign jurisdiction convenient to pro hac vice counsel, as follows: __________.
- It is a criminal case, and pro hac vice counsel is defendant's counsel of choice.
- Other: __________.

[Plaintiff/~~Defendant~~]
By: Barbara S. Cohen
Attorney for Plaintiff

DATED: 2/18/05

3

## ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

**(1) I certify that I am a member in good standing of the bar of the State(s) of** (see attached sheets) **and the following federal district court bar(s) __________, without any restriction on my eligibility to practice, and that I understand my obligation to notify this Court immediately of any change respecting my status in this respect.**

**(2) I am currently admitted, and/or within the preceding 24 months have applied to be admitted, in the following cases in this district:** I am simultaneously seeking admission in Kingvision Pay-Per-View, Ltd. v. Niove M. Garcia, et al and Garden City Boxing Club, Inc. v. Robert D. Durand, Sr., etaal.

**(3) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.**

**(4) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so my result in my being disqualified, either upon the Court's motion or motion of other parties in the case.**

**I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it related to the participation and responsibilities of local associate counsel.**

| | |
|---|---|
| [signature] | Barbara S. Cohen [signature] |
| **Name** | **Local Associate Counsel** |
| Julie Cohen Lonstein | Barbara S. Cohen |
| | **R.I. Bar ID #** |
| | 2848 |
| **Firm Name** | **Firm Name** |
| Lonstein Law Office, P.C. | Goldenberg & Muri LLP |
| **Business Address** | **Business Address** |
| 1 Terrace Hill, P.O. Box351 | 10 Weybosset Street |
| Ellenville, New York 12428 | Providence, RI 02903 |
| (845) 647-8500 **Tel. #** / (845) 647-6277 **Fax #** | (401) 421-7300 **Tel. #** / (401) 421-7352 **Fax #** |

**ORDER:**

This motion is hereby Granted.

[signature]
U.S. District Judge

Date: 3/15/05

**+State Court Admissions - Julie Cohen Lonstein**

| | | |
|---|---|---|
| New York | #2393759 | January 1991 |

**Federal Court Admissions - Julie Cohen Lonstein**

| | COURT | YEAR ADMITTED | MEMBER IN GOOD STANDING | CURRENT STATUS |
|---|---|---|---|---|
| 1. | District of Colorado | 1998 | Yes | Active |
| 2. | Northern District of Illinois (90784647) | 1997 | Yes | Active |
| 3. | Central District of Illinois | 1997 | Yes | Active |
| 4. | Southern District of Illinois | 1998 | Yes | Active |
| 5. | Southern District of Indiana | 1998 | Yes | Active |
| 6. | District of Maryland (024576) | 1997 | Yes | Active |
| 7. | District of Nebraska | 1998 | Yes | Active |
| 8. | Northern District of NY (#506422) | 1991 | Yes | Active |
| 9. | Western District of NY (# 506422) | 1995 | Yes | Active |
| 10. | Southern District of NY (JL8521) | 1992 | Yes | Active |
| 11. | Eastern District of NY (JL8521) | 1998 | Yes | Active |
| 12. | Northern District of Texas | 1998 | Yes | Active |
| 13. | Southern District of Texas (# 21857) | 1998 | Yes | Active |
| 14. | Eastern District of Texas | 1997 | Yes | Active |
| 15. | Western District of Texas | 1998 | Yes | Active |
| 16. | District of Vermont (000408521) | 1997 | Yes | Active |
| 17. | Eastern District of Wisconsin | 1998 | Yes | Active |
| 18. | Eastern District of Michigan | 2002 | Yes | Active |
| 19. | Northern District of Indiana | 2003 | Yes | Active |

**Pro Hac Vice Admissions - Julie Cohen Lonstein**

**1997**
United States District Court for the District of Kentucky

**1998**
United States District Court for the District of West Virginia
United States District Court for the District of Delaware

**1999**
United States District Court for the District of Hawaii
United States District Court for the District of Alaska
United States District Court for the Louisiana
United States District Court for the District of Kentucky
United States District Court for the District of Kansas
United States District Court for the District of Iowa

United States District Court for the Middle District of Florida

**2000**

United States District Court for the Southern District of Alabama - Southern Division
United States District Court for the Northern District of Alabama- Western Division
United States District Court for the Eastern District of Arkansas
United States District Court for the Middle District of Florida
United States District Court for the Southern District of Florida
United States District Court for the Middle District of Georgia - Athens Division
United States District Court for the Northern District of Georgia
United States District Court for the Northern District of Georgia - Atlanta Division
United States District Court for the Northern District of Georgia - Gainesville Division
United States District Court for the District of Kansas
United States District Court for the Northern District of Indiana - Hammond Division
United States District Court for the Western District of Louisiana
United States District Court for the District of Maine
United States District Court for the Southern District of Mississippi- Southern Division
United States District Court for the Southern District of Mississippi- Hattiesburg Division -
Julie Cohen Lonstein's Bar Number is 42761 for the USDC SDMI
United States District Court for the Eastern District of Missouri
United States District Court for the District of New Hampshire
United States District Court for the District of Nevada
United States District Court for the Southern District of Ohio- Eastern Division
United States District Court for the Southern District of Ohio
United States District Court for the Northern District of Oklahoma
United States District Court for the Middle District of North Carolina - Greensboro Division
United States District Court for the Western District of North Carolina - Charlotte Division
United States District Court for the District of South Carolina - Charleston Division
United States District Court for the District of South Carolina - Florence Division
United States District Court for the District of South Dakota
United States District Court for the Eastern District of Tennessee - Chattanooga Div.
United States District Court for the Western District of Tennessee
United States District Court for the Western District of Tennessee - Memphis Division
United States District Court for the District of Nevada
United States District Court for the Southern District of West Virginia - Huntington Division
United States District Court for the Northern District of West Virginia - Clarksburg Division

**2001**

United States District Court for the Northern District of Alabama - Birmingham Division
United States District Court for the Southern District of Alabama
United States District Court for the District of Alaska - Anchorage Division
United States District Court for the Southern District of Florida - Ft. Lauderdale Division
United States District Court for the Northern District of Georgia
United States District Court for the District of Kansas
United States District Court for the Western District of Kentucky
United States District Court for the District of Hawaii
United States District Court for the Northern District of Indiana - Hammond Division
United States District Court for the Northern District of Iowa - Cedar Rapids Division
United States District Court for the Western District of Louisiana - Lafayette-Opelousas Division
United States District Court for the Northern District of Mississippi - Western Division
United States District Court for the District of Minnesota

United States District Court fo[illegible]e District of Nevada
United States District Court for the Middle District of North Carolina - Greensboro Division
United States District Court for the Western District of North Carolina - Charlotte Division
United States District Court for the District of Oregon - Portland Division
United States District Court for the District of Oregon - Eugene Division
United States District Court for the Western District of Tennessee - Western Division -Memphis
United States District Court for the Eastern District of Virginia
United States District Court for the Southern District of West Virginia at Beckley
United States District Court for the Southern District of West Virginia at Charleston

**<u>2002</u>**
USDC SDFL - Ft. Lauderdale
USDC Northern District of Georgia
USDC Northern District of Indiana
USDC District of Kansas
USDC Western District of Kansas - Louisville Division
USDC Western District of Missouri - Western Division
USDC District of Nevada
USDC Western District of North Carolina - Charlotte Division
USDC EDVA
USDC Eastern District of Washington
USDC Western District of Tennessee - Western Division-Memphis

**<u>2003</u>**
USDC NDAL - Birmingham Division
USDC EDAR - Western Division
USDC EDCA
USDC DC
USDC MDFL - Orlando Division
USDC MDFL - Tampa Division
USDC SDFL
USDC SDFL - Fort Pierce Division
USDC SDFL - Miami Division
USDC NDGA
USDC DID - Boise Division
USDC DID - Eastern Division
USDC NDIN - Hammond Division
USDC NDIN - South Bend Division
USDC NDIN - Fort Wayne Division
USDC EDLA
USDC WDLA - Lake Charles Division
USDC DMN
USDC EDMS - Eastern Division
USDC SDMS - Hattiesburg Division
USDC MDNC - Greensboro Division
USDC DNV
USDC DSC - Greenville Division
USDC WDTN - Western Division-Memphis
USDC WDVA - Abingdon Division
USDC WDWA

**<u>2004</u>**
USDC EDAR
USDC DAZ
USDC NDCA
USDC CDCA
USDC SDCA

USDC MDFL - Tampa Divisi
USDC SDFL - Ft. Lauderdale Division
USDC SDFL - Miami Division
USDC NDGA
USDC DID - Boise Division
USDC EDKY
USDC WDKY - Louisville Division
USDC DMN
USDC EDMO
USDC WDMO
USDC SDMS - Bar No. 42761
USDC MDNC - Greenboro Division
USDC MDTN - Nashville Division
USDC EDWA
USDC WDWA
USDC SDWV - Huntington Division
USDC - EDVA
USDC - WDVA

**SPECIALIZATION IN ALL FEDERAL COURTS**

Claims for the illegal interception of encrypted satellite signals pursuant to Title 47 USC §§ 553,605