AO 440 (Rev. 10/93) Summons in a Civil Action

ORIGINAL

C

# United States District Court

DISTRICT OF RHODE ISLAND

**KINGVISION PAY-PER-VIEW LTD.**
as Broadcast Licensee of the **December 13, 2003**
**Back to Back to Back**, Program,
Plaintiff,

**V.**

ISAIAS L. TERRERO, Individually, and d/b/a EL MACUTA RESTAURANT a/k/a EL MACUTA RESTAURANT & TINAJA BAR, and EL MACUTA RESTAURANT a/k/a EL MACUTA RESTAURANT & TINAJA BAR;
Defendants.

## SUMMONS IN A CIVIL CASE

CASE NUMBER: CA 05 085 ML

TO: (Name and address of defendant)

**ISAIAS L. TERRERO, Individually, and d/b/a EL MACUTA RESTAURANT a/k/a EL MACUTA RESTAURANT & TINAJA BAR**
**14 Betsy Williams Drive**
**Cranston, RI 02905-2702**

**Our File No. 03-9RI-01**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

**LONSTEIN LAW OFFICE, P.C.**
**1 Terrace Hill, P.O. Box 351**
**Ellenville, New York 12428**

**GOLDENBERG & MURI, LLP**
**10 Weybosset Street**
**Providence, RI 02903**

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 2/23/05

(BY) DEPUTY CLERK

4

ORIGINAL

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE 4-5-05 |
|---|---|
| NAME OF SERVER (PRINT) FRANK J. RAO | TITLE DEPUTY SHERIFF of R.I. |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ALICIA TERRERO
DEF'S DAUGHTER.

☐ Returned unexecuted: ______

☐ Other *(specify)*: ______

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4-5-05
Date

[signature]
Signature of Server

HOWARD AVE CRANSTON
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.