RECEIVED
APR 2005

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

---

**KINGVISION PAY-PER-VIEW, LTD.**,
as Broadcast Licensee of the December 13, 2003
Back to Back to Back Program,

Plaintiff,

-against-

**ISAIAS L. TERRERO**, et al.;

Defendants.

---

**NOTICE OF DISMISSAL**

Civil Action No. CA-05-085 ML
Honorable Mary M. Lisi

**PLAINTIFF, KINGVISION PAY-PER-VIEW, LTD.,** hereby has compromised the within and foregoing action, and no party named herein being an infant or incompetent, herewith notifies the Court of the settlement of the above-styled action and moves to dismiss their claim against Defendants with prejudice and without costs pursuant to Rule 41(a) (1) of the Federal Rules of Civil Procedure.

Dated: April 22, 2005
Ellenville, New York

**KINGVISION PAY-PER-VIEW, LTD.**

**By:** ______________________

**JULIE COHEN LONSTEIN, ESQ.**
**Attorney for Plaintiff**
**LONSTEIN LAW OFFICE, P.C.**
**Office and P.O. Address**
**1 Terrace Hill; P.O. Box 351**
**Ellenville, NY 12428**
**Telephone: (845) 647-8500**
**Facsimile: (845) 647-6277**
**Our File No. 03-9RI-01**

Barbara S. Cohen

**BARBARA S. COHEN, ESQ.**
**Resident Counsel**
**Bar Roll No.** 2848
**GOLDENBERG & MURI, LLP**
**10 Weybosset Street**
**Providence, RI 02903**
**Telephone: (401)421-7300**
**Facsimile: (401)421-7352**

**SO ORDERED** this 26th day of April, 2005

Mary M. Lisi

**HON. MARY M. LISI**
**UNITED STATES DISTRICT JUDGE**

6

**CERTIFICATE OF SERVICE**

The foregoing Notice of Dismissal was duly served on the following:

J. Patrick O'Neill, Esq.
462 Broadway
Providence, RI 02909

on this 22nd day of April, 2005 via United States Postal Service, postage prepaid.

JULIE COHEN LONSTEIN